544 A.2d 1305

**E–Z PARKS, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION and Philadelphia Parking Authority.**

**No. 28 E.D. Appeal Dkt. 1988.**

Supreme Court of Pennsylvania.

June 24, 1988.

## ORDER

PER CURIAM:

AND NOW, this 24th day of June, 1988, the appeal is hereby dismissed.